IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROGER HUTCHISON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-956-MEF |
| | ) |
| STATE FARM FIRE & CASUALTY | ) |
| COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc.. #6) filed on November 6, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before November 21, 2007.  The plaintiff may file a reply brief on or before November 30, 2007.

DONE this the 7th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE