IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RUTH HUTCHINSON,                           )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )   CIVIL ACTION NO. 3:07cv956-MEF
                                           )
STATE FARM FIRE AND CASUALTY               )
COMPANY, et al.,                           )
            Defendants.                    )

## ORDER

Upon consideration of State Farm Fire and Casualty Company's and Donny Holley's joint Motion for Leave to File One Request for Admission (Doc. #9), filed November 8, 2007, it is

ORDERED that Plaintiff shall file a response **on or before November 15, 2007**.

DONE this 9th day of November, 2007.

                          /s/ Wallace Capel, Jr.
                          WALLACE CAPEL, JR.
                          UNITED STATES MAGISTRATE JUDGE