IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUTH HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv956-MEF |
| | ) |
| STATE FARM FIRE AND CASUALTY | ) |
| COMPANY, et al., | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the undersigned's Order of November 9, 2007 (Doc. #10) is WITHDRAWN.

DONE this 9th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE